

**BLANK ROME** LLP
COUNSELORS AT LAW

| | |
|---|---|
| *Phone:* | *(302) 425-6410* |
| *Fax:* | *(302) 428-5132* |
| *Email:* | *Poppiti@BlankRome.com* |

August 31, 2004

Dr. Peter T. Dalleo, Clerk
United States District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

      Re:    Rouge Industries, Inc./Wayne County (MI) Treasurer
                Case No. 04-0923 (KAJ)

Dear Dr. Dalleo:

By letter dated August 27, 2004, counsel for the respective parties in the referenced matter advised that they have agreed to the settlement of the pending appeal. *See* attached letter. The referenced letter advises that the parties will inform me once the settlement has been approved by the Bankruptcy Court and consummated.

Pending same, I have agreed to stay the mediation process. If you have any questions in this regard, please do not hesitate to contact me.

Yours Respectfully,

Vincent J. Poppiti

VJP:lmu
Enclosure

cc:     Leonora K. Baughman, Esquire
        Stephen P. Doughty, Esquire
        Terrence Keith, Esquire
        Greg Werkheiser, Esquire

# KILPATRICK & ASSOCIATES, P.C.
## Attorneys and Counselors at Law

903 North Opdyke Road, Suite C
Auburn Hills, MI 48326

**RICHARDO I. KILPATRICK**
*Leonora K. Baughman*
*Louis P. Rochkind*
*Anthony L. Ray*
*Daniel J. Feko*
*Kimberly M. Lubinski*
*Gregory J. Siwak*
*Nichole A. Hoskins* *
*Elizabeth J. Carter*
*Tamara L. Hoffstatter*
*\*(Pennsylvania Only)*

615 Griswold, Suite 1004
Detroit, MI 48226-3985

Main Number:  (248) 377-0700
Facsimile:  (248) 377-0800

August 27, 2004

Honorable Vincent J. Poppiti            VIA FACSIMILE ONLY
Blank Rome, LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

RE:    Rouge Industries, Inc./Wayne County (MI) Treasurer
       Case No. 04-0923(KAJ)

Dear Judge Poppiti:

This letter is to confirm yesterday's conversation between Greg Werkheiser, yourself and me on the above referenced matter. The Wayne County Treasurer and the Debtor have agreed to a settlement of the pending appeal. We will document that settlement and inform you when it has been approved by the Bankruptcy Court and consummated. Thank you for your assistance in adjourning dates to allow us to have the necessary settlement discussions.

Based on our conversation, we understand that all further requirements under the Federal Rules of Bankruptcy Procedure and the mediation process are stayed. Please do not hesitate to contact us should you have any questions.

Very truly yours,

KILPATRICK & ASSOCIATES, P.C.

Leonora K. Baughman

cc:      Stephen Doughty, Esq. (via facsimile)
         Terrance Keith, Esq. (via facsimile)
         Greg Werkheiser, Esq. (via facsimile)

S:\WCT\Rouge Industries\Judge poppiti 8.27.04 ltr.doc