IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN THE MATTER OF:

ROUGE INDUSTRIES, INC., et al.,

| | | |
|---|---|---|
| WAYNE COUNTY (MI) | ) | |
| | ) | |
| | ) | Civil Action No. 04-0923 (KAJ) |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| ROUGE INDUSTRIES, INC., et al., | ) | Bankruptcy Case No. 03-13272 (MFW) |
| | ) | |
| Appellees. | ) | |

## STIPULATED ORDER OF DISMISSAL OF APPEAL WITH PREJUDICE

Stephen P. Doughty (No. 2582)
LYONS DOUGHTY & VELDHUIS, P.C.
1300 N. Market Street
Suite 700
P.O. Box 711
Wilmington, DE 19899
Tel: (302) 428-1670

-and-

Richardo I. Kilpatrick, Esquire
Leonora K. Baughman, Esquire
KILPATRICK & ASSOCIATES, P.C.
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326
Tel: (248) 377-0700

Attorneys for Appellant Wayne County
(Michigan) Treasurer

Robert J. Dehney (No. 3578)
Eric D. Schwartz (No. 3134)
Gregory W. Werkheiser (No. 3553)
Alicia B. Kelly (No. 4485)
MORRIS NICHOLS ARSHT & TUNNELL

1201 Market Street
Wilmington, Delaware 19899-1347
Tel: (302) 658-9200

Attorneys for Appellees Rouge Industries, Inc.,
et al., Debtors and Debtors-in-Possession

Dated: June 22, 2005

THIS MATTER having come before the Court upon the stipulation of the parties hereto, the dismissal being with prejudice and without costs, and the Court being otherwise fully advised in the premises finding good cause to grant relief as requested,

Now, Therefore

IT IS HEREBY ORDERED that the above referenced appeal is hereby dismissed with prejudice and without costs.

 

_____
KENT A. JORDAN
UNITED STATES DISTRICT COURT JUDGE

Stipulated and agreed:

| LYONS DOUGHTY & VELDHUIS, P.C. | MORRIS NICHOLS ARSHT & TUNNELL |
|---|---|
| _/s/_ | _/s/_ |
| Stephen P. Doughty (No. 2582)<br>1300 N. Market Street<br>Suite 700<br>P.O. Box 711<br>Wilmington, DE 19899<br>Tel: (302) 428-1670 | Robert J. Dehney (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Gregory W. Werkheiser (No. 3553)<br>Alicia B. Kelly (No. 4485)<br>1201 Market Street<br>Wilmington, Delaware 19899-1347<br>Tel: (302) 658-9200 |
| -and- | Attorneys for Appellees Rouge Industries, Inc., et al., Debtors and Debtors-in-Possession |
| Richardo I. Kilpatrick, Esquire<br>Leonora K. Baughman, Esquire<br>KILPATRICK & ASSOCIATES, P.C.<br>903 N. Opdyke Road, Suite C<br>Auburn Hills, MI 48326<br>Tel: (248) 377-0700 | |
| Attorneys for Appellant Wayne County (Michigan) Treasurer | |

## CERTIFICATION OF SERVICE

I, **Julie Lyons**, certify that I am not less than 18 years of age; that service of this notice and a copy of the Stipulated Order of Dismissal of Appeal with Prejudice was made via first class mail on this day:

>Chambers of the Honorable Kent A. Jordan
>J. Caleb Boggs Federal Building
>844 North King Street
>Room 6325
>Lockbox 10
>Wilmington, DE 19801
>
>Morris, Nichols, Arsht & Tunnell
>1201 Market Street
>Wilmington, DE 19899

Under penalty of perjury, I declare that the foregoing is true and correct.

7/18/05
Date

Julie Lyons
15 Ashley Place, Suite 2B
Wilmington, DE 19804
(302)428-1670

03-00494-0
CS1.frm